1014

*In the Matter of the Marriage of* NANAKO TSUJIMOTO RASKOB, *Appellant,* and JOSH IAN RASKOB, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 09-3-04363-2, James A. Doerty, J., entered November 18, 2011. *Remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 40796-5-II.   Division Two.   December 4, 2012.]

COLIN F. YOUNG, *Appellant,* v. DAVID ELLIS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-01776-3, Anna M. Laurie, J., entered May 3, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41695-6-II.   Division Two.   December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. STACY ROBERT SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00410-3, Stephen M. Warning, J., entered December 29, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, J., and Bridgewater, J. Pro Tem.

[No. 41740-5-II.   Division Two.   December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN D. KNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00275-7, David L. Edwards, J., entered January 26, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.